IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| ANTHONY LEE BAUMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | Civil Action No. 5:11-CV-142-C |

## ORDER

Plaintiff is appealing an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). A United States Magistrate Judge filed a Report and Recommendation on April 30, 2012, and Plaintiff filed objections to the Report and Recommendation on May 14, 2012. The Court has made a *de novo* review of the records and finds Plaintiff's objections to be without merit. The Court further finds that the ALJ applied correct legal standards and that substantial evidence supports his decision.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DISMISSES** with prejudice Plaintiff's complaint.

SO ORDERED this 20th day of August, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE